1  RICHARD K. GROSBOLL, State Bar No. 99729
   BENJAMIN K. LUNCH, State Bar No. 246015
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   44 Montgomery Street, Suite 2080
3  San Francisco, CA 94104
   Tel. (415) 677-9440
4  Fax (415) 677-9445
   Email: blunch@neyhartlaw.com

5

6                   UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                      (San Francisco Division)

9
   INTERNATIONAL BROTHERHOOD OF          Case No.   C-08-4998 MMC
10 ELECTRICAL WORKERS DISTRICT 9
   PENSION PLAN; et al.,                 [proposed] ORDER CONTINUING CASE
11                                       MANAGEMENT CONFERENCE
              Plaintiffs,
12                                       [Local Rule 7-11]
         vs.
13                                       Courtroom: 7, 19th Floor
   ELECOM, INC., et al..                 Location:   450 Golden Gate Ave
14                                                    San Francisco, CA 94102
              Defendants.                Judge: Hon. Maxine Chesney
15

16

17

18

19

20

21

22

23

24

25

26

27

NEYHART, 28
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-1-

[proposed] ORDER RE: CONTINUE CMC
Case No. C-08-4998 SI

1    Pursuant to Civil Local Rule 7-11, having considered the administrative motion papers

2  submitted by Plaintiffs, the Declaration of Benjamin K. Lunch and the entire file in this action,

3  and GOOD CAUSE APPEARING,

4    IT IS ORDERED that the Case Management Conference scheduled for February 13, 2009

5  at 10:30 a.m. is hereby continued to July 10, 2009 at 10:30 a.m.   A Joint Case Management Statement

6  shall be filed no later than July 2, 2009.

   IT IS SO ORDERED.

7

8  Dated:  February 3, 2009                    _____

9                                              UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-

[proposed] ORDER RE: CONTINUE CMC
Case No. C-08-4998 SI