IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELECOM, et al., <br><br> Defendants / | No. C-08-4998 MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

  Before the Court is plaintiffs' Case Management Statement, filed July 2, 2009.

  In light of the pendency of plaintiffs' motion for default judgment against the remaining defendant, scheduled for hearing August 7, 2009, the Case Management Conference is hereby CONTINUED from July 10, 2009 to September 18, 2009. A Case Management Statement shall be filed no later than September 11, 2009.

  **IT IS SO ORDERED.**

Dated: July 7, 2009

                _____
                MAXINE M. CHESNEY
                United States District Judge