IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELECOM, INC.,<br><br>　　　　Defendant　　　　　　　　　／ | No. C-08-4998 MMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; VACATING HEARING** |

　　　Before the Court is plaintiffs' Motion for Default Judgment, filed June 24, 2009. Defendant Elecom, Inc. has not filed opposition. Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for August 7, 2009, and, for the reasons stated by plaintiffs, hereby finds as follows:

　　　1. Plaintiffs are entitled to delinquent contributions in the amount of $59,110.34.

　　　2. Plaintiffs are entitled to liquidated damages in the amount of $6149.87.

　　　3. Plaintiffs are entitled to pre-judgment interest in the amount of $2553.21.

　　　4. Plaintiffs are entitled to reasonable attorney's fees in the amount of $3475.50.

　　　5. Plaintiffs are entitled to costs in the amount of $485.56.

//

Accordingly, plaintiffs' motion for default judgment is GRANTED and plaintiffs shall have judgment against Elecom, Inc. in the amount of $67,813.42 together with attorney's fees and costs in the amounts of $3475.50 and $485.56 respectively, for a total of $71,774.48.

**IT IS SO ORDERED.**

Dated: July 29, 2009

MAXINE M. CHESNEY
United States District Judge