IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS DISTRICT 9
PENSION PLAN, et al.,

        Plaintiffs,

 v.

ELECOM, INC.,

        Defendant.
                                       /

No. CV-08-4998 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** plaintiffs' motion for default judgment is GRANTED and plaintiffs shall have judgment against Elecom, Inc. in the amount of $67,813.42 together with attorney's fees and costs in the amounts of $3475.50 and $485.56 respectively, for a total of $71,774.48.

Dated: July 29, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk